IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

PREMIUM IOWA PORK, LLC, )
                                            )
        Plaintiff, )
                                            )
vs. )    C06-4051 MWB
                                            )
                                            )    JUDGMENT IN A CIVIL CASE
BANSS SCHLACHT UND )
FOERDERTECHNIK, GMBH, )
                                            )
        Defendant. )
                                            )

This matter came before the Court and

    IT IS ORDERED AND ADJUDGED

        That judgment shall enter in favor of the plaintiff and against the defendant, and the plaintiff is awarded damages on the fraudulent inducement claim in the amount of $4,868,482.31 (four-million eight-hundred sixty-eight thousand four-hundred eighty-two dollars and thirty-one cents), and punitive damages in the amount of $14,605,446.93 (fourteen million six-hundred and five-thousand dollars, four-hundred forty-six dollars and ninety-three cents) pursuant to Rule 55(b)(2).

DATED: 3/27/07

APPROVED BY:

_____
MARK W. BENNETT, DISTRICT JUDGE
    UNITED STATES DISTRICT COURT

Pridgen J. Watkins
Clerk

_____
(By) Deputy/Clerk